# IN THE SUPREME COURT OF TEXAS

---

**Misc. Docket No. 15-9097**

---

**DENIAL OF REQUEST TO
TRANSFER CASES FROM THE
FIFTH COURT OF APPEALS**

---

The Supreme Court denies the request to transfer the following cases from the Fifth Court of Appeals District, Dallas, Texas:

Case Numbers: 05-13-00170-CV and 05-13-00894-CV
*Eric Drake v. Consumers County Mutual Insurance Co.* and
*Eric Drake v. Kristina Kastl*

ORDERED in Chambers,

With the Seal thereof affixed at the City
of Austin, this 10th day of June, 2015

BLAKE HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS